ACCEPTED
06-15-00011-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/9/2015 3:42:30 PM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
Sixth Appellate District
State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/9/2015 3:42:30 PM

DEBBIE AUTREY
Clerk

TERRANCE LAVON DAVIS,
           Appellant

v.

STATE OF TEXAS,
           Appellee

NO. 06-15-00011-CR
Trial Court #14F0109-202

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Terrance Lavon Davis**, Appellant, by and through his below named Attorney and pursuant to Texas Rules of Appellate Procedure, hereby requests an extension of the time period for the filing of the Appellant's Brief and in support of same would show the Court as follows:

I.

A.    This case is pending from the 202nd Judicial District Court of Bowie County, Texas.  The date of the Judgment is December 11, 2014, with sentence being imposed by the trial court on December 11, 2014.

B.    The case was styled, "State of Texas v. Terrance Davis, Cause No. 14 F 0109 202.

1

C.   Appellant was convicted of the offense of Aggravated Robbery.

D.   Punishment was assessed by the jury to 55 years in the Institutional Division of the Texas Department of Criminal Justice.

E.   The Appellant's Brief is due to be filed July 2, 2015.

F.   Appellant requests an extension of the filing of Appellant's Brief of fifteen (7) days, making the Appellant's Brief due on July 9, 2015.

G.   Appellant's attorney has been diligent in researching and preparing the Appellant's brief for the Court however, due to counsel's preparation and attendance for the criminal pre-trial docket in the Circuit Court in Ashdown, Arkansas on June 23, 2015, and the preparation and trial in in the District Court of Little River County, Arkansas on June 24, 2015. Additionally, Appellant's counsel was in a day long bench trial in the County Court at Law in Cass County, Texas, in Cause No. CCL 14D281, Styled In The Matter of The Marriage of Randy Smith and Cathleen Smith, on June 26, 2015, and a trial in the County Court at Law of Bowie County, Texas in Cause No. 13C1150-CCL, styled In The Interest of Brylee and Chase Tackett, Children on July 2, 2015. Appellant's counsel has had insufficient time to complete Appellant's brief.

H.   There has been one previous request for extension in this cause.

2

II.

Appellant's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

PRAYER

WHEREFORE, on the basis of the Texas Rules of Appellate Procedure, Appellant's attorney respectfully requests this Court to grant the Motion for Extension of Time for the filing of Appellant's Brief.

Respectfully submitted,

/s/ *Alwin A. Smith*
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

**CERTIFICATE OF SERVICE**
This is to certify that a true and correct copy of the above and foregoing Second Motion for Extension of Time to File Appellant's Brief has been forwarded to Ms. Lauren Sutton, 601 Main Street, Texarkana, Texas, on this the ___9th___ day of July 2015.

/s/ *Alwin A. Smith*
Alwin A. Smith